Submitted on record and briefs April 7, affirmed May 10, 2006

Lon Thurston MABON,
*Appellant,*

*v.*

Ronald E. CINNIGER,
*Respondent.*

0210-10445; A121482

135 P3d 359

Lon Thurston Mabon filed the briefs *pro se.*

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *Mabon v. Wilson,* 340 Or 385, 133 P3d 899 (2006).